

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Lindsey Wayne Trueblood,                          * From the 42nd District
                                                                    Court of Taylor County,
                                                                    Trial Court No. 25033A.

Vs. No. 11-14-00059-CR                          * March 14, 2014

The State of Texas,                                   * Per Curiam Memorandum Opinion
                                                                    (Panel consists of: Wright, C.J.,
                                                                    Willson, J., and Bailey, J.)

This court has considered Lindsey Wayne Trueblood's motion to dismiss his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.